GIBBONS

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

January 26, 2023

**VIA ECF**

It is so ordered this 27th day of January, 2023
Georgette Castner
Georgette Castner, U.S.D.J.

Honorable Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
**Attn:** Ann Dello Iacono, Courtroom Deputy Specialist

**Re:** ***Orexo AB et al. v. Sun Pharmaceutical Industries Limited, et al.***
**Civil Action No.: 20-12588-GC-DEA**

Dear Judge Castner,

We, along with Steptoe & Johnson LLP, counsel for Plaintiffs Orexo AB and Orexo US Inc., and Rivkin Radler LLP and Winston & Strawn LLP, counsel for Defendants Sun Pharmaceutical Industries Ltd., Sun Pharma Global FZE, Sun Pharma Global Inc., and Sun Pharmaceutical Industries, Inc., write to respectfully request the Court's permission to use electronic presentation materials at the trial in the above-referenced action scheduled to begin on January 30, 2023.

The parties have engaged the services of FTI Consulting to provide presentation equipment during the proceedings along with trial support. Accordingly, the parties respectfully request authorization for access to the Clarkson S. Fisher Building & U.S. Courthouse on the afternoon of January 27, 2023 at 1:00 PM to bring in and install the following equipment:

**Joint Equipment List**
(7) 21.5" LCD Monitor (HDMI)
(1) DaLite Portable Screen 100"
(1) Projector
(1) Document Camera with stand
(2) Logitech C930E Webcams with tripods
(2) HDMI distribution amplifiers
(4) Gooseneck microphones
(1) Fender speaker set
(1) Audio mixing board
(3) Laptops
(1) Tech table
\+ XLR and HDMI cabling package

**Orexo Equipment List**
(1) Tech table
(1) HDMI switch
(1) CAP-1 audio patch
(1) Printer with toner
(2) Mifi
(1) Hard Drive
USB Thumb Drives
Power Strips
Extension Cords

**Sun Equipment List**
(1) Tech table
(1) HDMI switch
(1) CAP-1 audio patch
(1) Printer with toner
(1) Mifi
(1) Hard Drive
(1) Tech Table
(1) Docking Station
(4) Laptops
USB Thumb Drives
Power Strips
Extension Cords

The FTI representatives who will be attending the trial are the following:

Harry AJ Fishburn – cell # 215-480-9589 (PA driver's license # 27663918)
Conner Whetstone – cell # 940-600-9911 (VA driver's license # A60122453)

We thank the Court for its consideration in this regard. As always, if Your Honor wishes to speak with counsel on this issue, we are available at the Court's convenience.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

Cc: All counsel of record (via ECF and email)